UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANTWON M. BAYARD,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK,<br><br>　　　　　　　Defendant. | Case No. 1:20-cv-00219-BLW<br><br>**INITIAL REVIEW ORDER BY SCREENING JUDGE** |

　　　　The Clerk of Court conditionally filed Plaintiff's "Writ of Execution" because he is a prisoner and indigent. (Dkt. 1.) The Court now reviews Plaintiff's filing to determine whether it or any of the claims contained therein should be summarily dismissed under 28 U.S.C. §§ 1915 and 1915A. Having reviewed the record, and otherwise being fully informed, the Court enters the following order dismissing this case.

　　　　Plaintiff is a prisoner of the Nevada Department of Corrections, housed at the Ely State Prison, in Ely, Nevada. Plaintiff brings this action against Wells Fargo Bank. Plaintiff asserts that he has a judgment against Wells Fargo Bank for $30,000,000, plus attorney fees, costs, and interest. The Court has reviewed its docket, and there is no such judgment on record. Plaintiff has not provided a certified copy of the judgment from

**INITIAL REVIEW ORDER BY SCREENING JUDGE - 1**

another jurisdiction. Therefore, this case is subject to dismissal for lack of factual or legal grounds.

## ORDER

IT IS ORDERED:

1. Plaintiff's "Writ of Execution" (Dkt. 2) is DENIED.

2. Plaintiff's Application to Proceed in Forma Pauperis (Dkt. 4) is MOOT.

3. This entire case is DISMISSED.

DATED: June 19, 2020

B. Lynn Winmill
U.S. District Court Judge